IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J.T. WAITE and WENDY PACE,<br><br>  Plaintiffs,<br><br>v.<br><br>DUN & BRADSTREET, INC.,<br><br>  Defendant. | No. 11-cv-8753<br><br>District Judge Ronald A. Guzman |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs, J.T. WAITE and WENDY PACE, and Defendant, DUN & BRADSTREET, INC., by their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Plaintiffs' claims in the above-captioned matter with prejudice, with each party to bear their own attorney's fees, costs, and expenses.

APPROVED and SO STIPULATED this 6th day of May, 2013.


/s/__Lori Vanderlaan_____
Counsel for Plaintiffs
Best, Vanderlaan & Harrington
25 East Washington #210
Chicago, IL 60602


/s/__James J. Oh_____
Counsel for Defendant Dun & Bradstreet, Inc.
Littler Mendelson, P.C.
321 North Clark, Suite 1000
Chicago, IL 60654



Firmwide:120017073.1 057782.1018